LAWRENCE ROWE, SR., as Administrator of the Estate of LAWRENCE ROWE, JR., Deceased, Appellant, v. JOHRIC REALTY CORPORATION, Defendant, Impleaded with JUSTIN PISCOPO and FRANK PISANI, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

NEW YORK AND CUBA MAIL STEAMSHIP COMPANY, Respondent, Appellant, v. AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC., Appellant, Respondent.— Judgment so far as appealed from affirmed, without costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY TRAMAZZIO, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MAX J. BELMONT, Respondent, v. CHARLES RUBINGER, Appellant, Impleaded with Another.*— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.; Merrell and McAvoy, JJ., dissent and vote for reversal and dismissal of the complaint.

INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Respondent, v. HARRIMAN NATIONAL BANK AND TRUST COMPANY, Appellant, Impleaded with Others. — Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JANET PLUMMER, an Infant, by FREDERIC W. PLUMMER, Her Guardian ad Litem, and FREDERIC W. PLUMMER, Individually, Respondents, v. ANNA McNALLY and LEWIS ZORN, Appellants.— Judgment and order reversed and a new trial ordered, with costs to the appellants to abide the event, on the ground that the verdict is against the weight of the credible evidence. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ALICE FLANAGAN, Amended to Read ALICE TAVOLACI, Her Married Name, Respondent, v. GEORGE LOWTHER and Others, Appellants.— Judgment reversed and a new trial ordered, with costs to the appellants to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $2,665.75; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

VINCIL REALTY CORPORATION, a Domestic Corporation, Appellant, v. GEORGE E. DOTY and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE HATCH & BAILEY COMPANY (a Corporation), Appellant, v. ÆTNA INSURANCE COMPANY (OF HARTFORD, CONN.), Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

DAVID METZGER, Respondent, v. HARRY P. SWIFT and CHARLES W. BERRY, as Comptroller of the City of New York, Appellants. ▮— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

---

* Affd., 257 N. Y. 620.